AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

DAVID MOERSCHEL

)
) Case: 1:21-mj-00512
) Assigned To : Meriweather, Robin M.
) Assign. Date : 7/1/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Moerschel,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Obstruction of Justice/Congress, in violation of 18 U.S.C. 1512(c)(2)
Conspiracy, in violation of 18 U.S.C. 371
Unlawful Entry into Restricted Buildings or Grounds, in violation of 18 U.S.C. 1752(a)

Date: 07/01/2021

2021.07.01
16:44:05 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/01/2021, and the person was arrested on *(date)* 07/02/2021
at *(city and state)* Fort Myers, FL.

Date: 07/02/2021

*Arresting officer's signature*

Alexander Glanoy TFO
*Printed name and title*