UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 1:21-mj-00512-RMM |
| DAVID MOERSCHEL | ) | |

_____

DECLARATION OF SCOTT WEINBERG IN SUPPORT OF
*MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE*
_____

I, SCOTT WEINBERG, hereby declare:

1. My name, office address, telephone and email are as follows

    Scott Weinberg

    265 E Marion Ave., Ste 114, Punta Gorda, FL 33950

    (941) 575-8000;

    Scott@bsrlegal.com

2. I have been admitted to the following courts and bars:

    a. The State of Florida 2019

    b. United States District Court for the Middle District of Florida

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been the subject to discipline, nor have I been disciplined by any bar to which I am admitted or otherwise authorized to practice in.

4. I have not been previously admitted pro hac vice in this Court, in the last two, or otherwise

5. I do not have an office within the District of Columbia.

Signed under the pains and penalties of perjury this 12th day of JULY, 2021.

*s/ Scott Weinberg*

_____

SCOTT WEINBERG, ESQ.